# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0650. EDWARDO P. SHUMAN v. WELLS FARGO BANK, N. A.

Wells Fargo Bank, N. A., filed a complaint for equitable reformation of a deed and declaratory judgment against Charlie Ann Massey, Jermaine A. Simmons, and Edwardo Shuman, as Trustee for 32 Red Leaf Drive Trust.[1] Neither Massey nor Simmons filed an answer, and Wells Fargo moved for default judgment against Massey. The trial court granted the motion, permitting the deed to be reformed as between Massey and Wells Fargo.[2]

Shuman filed both a motion to dismiss and a motion to set aside the trial court's ruling. In both motions, Shuman argued that the Bartow County Superior Court lacked subject matter jurisdiction. The trial court denied the motions, and Shuman filed this direct appeal. We lack jurisdiction.

In construing pleadings, substance controls over nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010). Here, both motions filed by Shuman asserted that the trial court lacked subject matter jurisdiction. Such a motion constitutes a motion to set aside under OCGA § 9-11-60 (d) (1). And an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Under these

---

[1] The complaint, which was filed in Cobb County Superior Court, was transferred to Bartow County Superior Court.

[2] Simmons entered a consent agreement with Wells Fargo in which he agreed to the deed's reformation.

circumstances, we lack jurisdiction to entertain Shuman's appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _____12/23/2015_____
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*